# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

IN RE: LARRY KLAYMAN                                      Case No. 3:25-mc-15-JRK

_____

# **O R D E R**

In light of the Order entered February 13, 2026 in 3:25-mc-20-JRK (Doc. No. 4) suspending Mr. Klayman from the Bar of this Court, the Petition filed by Mr. Klayman in this matter (Doc. No. 1) is deemed **MOOT**. The Clerk shall close the file.

**DONE AND ORDERED** in Jacksonville, Florida on February 18, 2026.

*/s/ James R. Klindt*
JAMES R. KLINDT
United States Magistrate Judge

kaw
Copies to:
Larry Klayman, Esquire
Hon. Marcia Morales Howard, Chief U.S. District Judge
Clerk of Court